# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DWAYNE EDWARDS,                                          Civil No. 24-115 (JRT/SGE)

                    Plaintiff,

v.                                                      **[PROPOSED]**
                                                        **ORDER**

EQUIFAX INFORMATION SERVICES LLC,

                    Defendant.

---

Dwayne Edwards, 1138 Hunters CT, Arden Hills, MN 55112, *pro se* plaintiff.

Paige Vacante, **SEYFARTH SHAW LLP,** 2323 S. Wacker Drive, Suite 8000, Chicago, IL 60606-6448, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge

Shannon G. Elkins dated January 10, 2025 (ECF No. 37), along with all the files and records, and

no objections to said Recommendation having been filed,

  **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under

Federal Rule of Procedure 41(b) or failure to prosecute.

  **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 7, 2025
at Minneapolis, Minnesota          s/John R. Tunheim
                                   JOHN R. TUNHEIM
                                   United States District Judge